STATE of Missouri, Respondent,

v.

James R. DOUGHTERY, Appellant.

No. WD 42370.

Missouri Court of Appeals,
Western District.

March 20, 1990.

Clifford R. Saulter, Jefferson City, for appellant.

Richard G. Callahan, Pros. Atty., Bill Tackett, Asst. Pros. Atty., Jefferson City, for respondent.

Before GAITAN, P.J., and CLARK and MANFORD, JJ.

ORDER

**PER CURIAM:**

Direct appeal from a conviction for third degree assault, in violation of § 565.070, RSMo 1986.

Judgment affirmed. Rule 30.25(b).